**FILED**

MAR 1 4 2019

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | **4:19CR00211 RLW/NAB** |
| | ) | |
| v. | ) | |
| | ) | |
| JUAN JOSE GONZALEZ, | ) | COUNTS ONE & TWO |
| a/k/a Francisco Alfonso Gonzalez, | ) | |
| a/k/a Poncho, | ) | |
| DARRYL LENNELL MOORE II, | ) | COUNTS ONE & TWO |
| a/k/a Lil Darryl, | ) | |
| JERMAINE WEAVER, | ) | COUNTS ONE & TWO |
| a/k/a Twin, | ) | |
| MAURICE HERBERT LEE II, | ) | COUNTS ONE & TWO |
| a/k/a M1 | ) | |
| RAMICO DAREZ JAMES ADAMS, | ) | COUNT ONE |
| a/k/a Chico, | ) | |
| JALISA SHATAVIA JOHNSON, | ) | COUNT ONE |
| CHRISTOPHER JERRIN WARLICK, JR., | ) | COUNT ONE |
| a/k/a White Boy, | ) | |
| NORRIS DOUGLAS, JR., | ) | COUNT ONE |
| a/k/a Slugga, | ) | |
| MIKELL RAYFORD, | ) | COUNT ONE |
| a/k/a Kelz, a/k/a Killa Kelz, | ) | |
| SHEROD JACOLBY TUCKER, | ) | COUNT ONE |
| a/k/a Big Dog, | ) | |
| JERRY O. STREETER, JR., | ) | COUNT ONE |
| a/k/a Jay Trayz, | ) | |
| JEROME LAMONT FISHER, JR., | ) | COUNT ONE |
| a/k/a LB, | ) | |
| CHARLES DARIEL GUICE, | ) | COUNT ONE |
| a/k/a Chuck, and | ) | |
| MARICUS DAVON FUTRELL, | ) | COUNT ONE |
| a/k/a Rukus, | ) | |
| | ) | |
| Defendants. | ) | |

## **INDICTMENT**

## COUNT ONE

### CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE 400 GRAMS OR MORE OF FENTANYL

The Grand Jury charges that:

Beginning at an exact time unknown to the Grand Jury but including January 2016, and continuing thereafter to the date of this indictment, in the Eastern District of Missouri, and elsewhere, the defendants,

**JUAN JOSE GONZALEZ, a/k/a Francisco Alfonso Gonzalez, a/k/a Poncho,
DARRYL LENNELL MOORE II, a/k/a Lil Darryl,
JERMAINE WEAVER, a/k/a Twin,
MAURICE HERBERT LEE II, a/k/a M1,
RAMICO DAREZ JAMES ADAMS, a/k/a Chico,
JALISA SHATAVIA JOHNSON,
CHRISTOPHER JERRIN WARLICK, JR., a/k/a White Boy,
NORRIS DOUGLAS, JR., a/k/a Slugga,
MIKELL RAYFORD, a/k/a Kelz, a/k/a Killa Kelz,
SHEROD JACOLBY TUCKER, a/k/a Big Dog,
JERRY O. STREETER, JR., a/k/a Jay Trayz,
JEROME LAMONT FISHER, JR., a/k/a LB,
CHARLES DARIEL GUICE, a/k/a Chuck,
and
MARICUS DAVON FUTRELL, a/k/a Rukus,**

did knowingly and willfully conspire, combine, confederate and agree with each other, and other persons known and unknown to this Grand Jury, to commit offenses against the United States, to wit: to distribute and possess with intent to distribute Fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846; and

With respect to each defendant, the amount of Fentanyl involved in the conspiracy attributable to each defendant as a result of his or her own conduct, and the conduct of others reasonably foreseeable to him or her, is 400 grams or more, in violation of Title 21, United States Code, Section 841(b)(1)(A)(vi).

## COUNT TWO

### CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE 50 GRAMS OR MORE OF ACTUAL METHAMPHETAMINE

The Grand Jury further charges that:

Beginning at an exact time unknown to the Grand Jury but including January 2016, and continuing thereafter to the date of this indictment, in the Eastern District of Missouri, and elsewhere, the defendants,

**JUAN JOSE GONZALEZ, a/k/a Francisco Alfonso Gonzalez, a/k/a Poncho,
DARRYL LENNELL MOORE II, a/k/a Lil Darryl,
JERMAINE WEAVER, a/k/a Twin, and
MAURICE HERBERT LEE II, a/k/a M1,**

did knowingly and willfully conspire, combine, confederate and agree with each other, and other persons known and unknown to this Grand Jury, to commit offenses against the United States, to wit: to distribute and possess with intent to distribute actual methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1);

All in violation of Title 21, United States Code, Section 846; and

With respect to each defendant, the amount of actual methamphetamine involved in the conspiracy attributable to each defendant as a result of his own conduct, and the conduct of others

reasonably foreseeable to him, is 50 grams or more, in violation of Title 21, United States Code, Section 841(b)(1)(A)(viii).

A TRUE BILL.


_____
FOREPERSON

JEFFERY B. JENSEN
United States Attorney


_____
PAUL J. D'AGROSA, #36966MO
JOHN T DAVIS, #40915MO
Assistant United States Attorneys